BEN PULITZER CREATIONS, INC., Respondent, *v.* PHOENIX INSURANCE COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, November 10, 1966.

*Rein, Mound & Cotton (Raymond Hagan* of counsel), for appellant. *Murray Rosof* and *Irving O. Berman* for respondent.
Judgment unanimously affirmed, with $25 costs. No opinion.
Concur — HOFSTADTER, J. P., TILZER and GOLD, JJ.
Judgment affirmed, etc.